USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA GOULDBOURNE,

                Plaintiff,

         -against-

HUEL INC.,

              Defendant.

25-CV-08921 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On October 28, 2025, Plaintiff Jessica Gouldbourne filed a "Class Action Complaint" against Defendant Huel Inc. ("Huel") after the New York Times reported that Huel's beverages contain "levels of lead that could pose health concerns." Dkt. No. 1 ¶ 14. Approximately two weeks earlier, on October 15, 2025, Plaintiff Derrick Riley filed a lawsuit against Huel in the Eastern District of New York arising from the same facts (the "EDNY Action"). *See Riley v. Huel Inc.*, 25-CV-05783 (AMD) (JAM). Since then, multiple lawsuits against Huel have been consolidated in the EDNY Action. This case was stayed while an application was made to the judicial Panel on Multi-District Litigation; that application was subsequently denied. Dkt. No. 30. After the denial, counsel indicated that the parties (including other plaintiffs' counsel) were conferring regarding potential consolidation or other related issues. *See* Dkt. Nos. 31, 33.

On April 20, 2026, plaintiffs' counsel in the EDNY Action moved for appointment as interim class counsel under Federal Rule of Civil Procedure 23(g). *See* EDNY Action Dkt. No. 58. On April 21, 2026, Magistrate Judge Marutollo ordered Huel "and any interested party" to respond to the motion by April 24, 2026.

On April 24, 2026, Gouldbourne's counsel moved in this action for appointment as interim class counsel under Rule 23(g), as well. Dkt. No. 36. With the motion, Gouldbourne's counsel included a letter they filed in the EDNY Action. *See* Dkt. No. 37-1. The letter states: "we are writing as interested parties with respect to Plaintiffs' Motion to Appoint Counsel . . . and to alert the Court that we filed a *competing motion* to be appointed as lead counsel in *an identical action* pending before Judge Garnett in the Southern District of New York," i.e., this action. *Id.* (emphasis added).

The Court anticipates transferring this lawsuit to EDNY under the First-to-File rule. *See Employers Ins. Of Wausau v. Fox Ent. Grp., Inc.*, 522 F.3d 271, 274–76 (2d Cir. 2008). Gouldbourne's counsel have conceded this action and the EDNY Action are "identical." Dkt. No. 37-1. Gouldbourne filed this lawsuit almost two weeks after the EDNY Action was filed. Similarly, Gouldbourne's counsel filed their Rule 23(g) motion only after one was filed in the EDNY Action. Indeed, Gouldbourne's counsel referred to their motion as a "competing motion." Dkt. No. 37-1.

Accordingly, it is hereby ORDERED that Plaintiff file a letter on or before **Monday, May 4, 2026,** not to exceed five (5) pages showing cause why the Court should not transfer this action to EDNY under the First-to-File rule; any such letter must specifically address the "balance of convenience" factors or other "special circumstances" that suggest this case is an exception to the presumption underlying First-to-File principles. Huel may submit a responsive letter on or before **May 11, 2026.** It is further ORDERED that Plaintiff provide notice of this Order to Judge Marutollo in the EDNY Action on or before **April 28, 2026.**

Dated: April 27, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2